File Name: 06a0724n.06
Filed: October 4, 2006

**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**

**No. 06-5100**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

BUYER'S CORNER REALTY, INC.; )
SHERRY EDWARDS, )
                  )
      Plaintiffs-Appellants, )
                  ) ON APPEAL FROM THE UNITED
v. ) STATES DISTRICT COURT FOR THE
                  ) EASTERN DISTRICT OF KENTUCKY
NORTHERN KY ASSOCIATION OF )
REALTORS, INC.; NORTHERN KY )
MULTIPLE LISTING SERVICE, )
                  )
      Defendants-Appellees. )

Before: NORRIS, COLE and COOK, Circuit Judges.

PER CURIAM. Appellants appeal the district court's order granting summary judgment for Appellees in a published opinion, *Buyer's Corner Realty, Inc. v. Northern Kentucky Association of Realtors*, 410 F. Supp. 2d 574 (E.D. Ky. 2006). After reviewing the record, the parties' briefs, the applicable law and with the benefit of oral argument, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.